# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SANDOZ INC.,
*Plaintiff*

V.

SUMMONS IN A CIVIL CASE

DAIICHI SANKYO, INC., ET AL.,
*Defendant*

CASE NUMBER: 3:16-CV-00994-MAS-DEA

TO: *(Name and address of Defendant):*

Daiichi Sankyo, Inc.
c/o National Registered Agents, Inc. of NJ
100 Canal Pointe Blvd., Suite 212
Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Steedle Bogad                    Attorneys for Plaintiff, Sandoz Inc.
WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, NJ 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**WILLIAM T. WALSH**
CLERK

**PATRICK SEILER**
(By) DEPUTY CLERK

**ISSUED ON 2016-02-23 15:12:40**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2-24-16   9:55 AM |
| NAME OF SERVER (PRINT) Rami Amer | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Daiichi Sankyo, Inc. c/o National Registered Agents, Inc of NJ, 100 Canal Point Blvd., Suite 212, Princeton, NJ 08540

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Monica Reed

PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-24-16
Date

Signature of Server   Rami Amer
1359 Littleton Rd.
Morris Plains, NJ 07950
Address of Server